### EDWARD PARKER *v.* COMMISSIONER OF CORRECTION

The petitioner Edward Parker's petition for certification for appeal from the Appellate Court, 124 Conn. App. 905 (AC 30746), is denied.

*Kenneth Paul Fox*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided November 16, 2010